FILED - GR
November 13, 2026 12:09 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:ARR SCANNED BY: AR / 11.13

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

Western Division

JayLynn Torres

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

State Of Michigan--Family Division in 9th Circuit Kalamazoo County
State of Michigan--Friend of the Court Kalamazoo County
Namita Sharma, Kathryn procunier, Victor Blande

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1:26-cv-3246
Robert J. Jonker - U.S. District Judge
Ray Kent - Magistrate Judge

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | JayLynn Torres |
| Street Address | 448 N. Burdick Street, 2nd Floor |
| City and County | Kalamazoo City, Kalamazoo County |
| State and Zip Code | MI 49007 |
| Telephone Number | 269-380-8131 |
| E-mail Address | jaylynntorres45@yahoo.com |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | State of Michigan--Family Court in Kalamazoo, MI |
| Job or Title *(if known)* | |
| Street Address | 1536 Gull Road |
| City and County | Kalamazoo City, Kalamazoo County |
| State and Zip Code | MI 49048 |
| Telephone Number | 269-385-6000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | State of Michigan--Friend of the Court in Kalamazoo, MI |
| Job or Title *(if known)* | |
| Street Address | 1536 Gull Road |
| City and County | Kalamazoo City, Kalamazoo County |
| State and Zip Code | MI 49048 |
| Telephone Number | 269-385-6000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Namita Sharma |
| Job or Title *(if known)* | "Judge" |
| Street Address | 1536 Gull Road |
| City and County | Kalamazoo City, Kalamazoo County |
| State and Zip Code | MI 49048 |
| Telephone Number | 269-385-6000 |
| E-mail Address *(if known)* | Attorney/Owner at Bruggeman and Sharma PLLC in Kalamazoo, |

Defendant No. 4

| | |
|---|---|
| Name | Kathryn Procunier |
| Job or Title *(if known)* | Referee/Magistrate |
| Street Address | 1536 Gull Road |
| City and County | Kalamazoo City, Kalamazoo County |
| State and Zip Code | MI 49048 |
| Telephone Number | 269-385-6000 |

Defendant No. 5

| | |
|---|---|
| Name | Denise Noble |
| Job or Title *(if known)* | Referee |
| Street Address | 1536 Gull Road |
| City and County | Kalamazoo City and Kalamazoo County |
| State and Zip Code | Michigan 49048 |
| Telephone Number | 269-385-6000 |
| E-mail Address *(if known)* | |

Defendant No. 6

| | |
|---|---|
| Name | Matthew Semenszcuk |
| Job or Title *(if known)* | Supervisor |
| Street Address | 1536 Gull Road |
| City and County | Kalamazoo City and Kalamazoo County |
| State and Zip Code | Michigan 49048 |
| Telephone Number | 269-385-6000 |
| E-mail Address *(if known)* | |

Defendant No. 7

| | |
|---|---|
| Name | Victor L. Bland |
| Job or Title *(if known)* | Attorney |
| Street Address | 4341 S Westnedge Ave Suite 2202 |
| City and County | Kalamazoo City and Kalamazoo County |
| State and Zip Code | Michigan 49008 |
| Telephone Number | 269-382-6900 |
| E-mail Address *(if known)* | attorneybland@gmail.com |

Defendant No. 8

| | |
|---|---|
| Name | Kenneth Barnard |
| Job or Title *(if known)* | Judge |
| Street Address | 1536 Gull Rd. |
| City and County | Kalamazoo City, Kalamazoo County |
| State and Zip Code | Michigan 49048 |
| Telephone Number | 269-385-6000 |
| E-mail Address *(if known)* | |

E-mail Address *(if known)* ______

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 USC 241 and 242, Michigan Court Rule 3.210, Supremacy Clause and Due Process Clause violations, Ethics and Canon Violations
Santosky V Kramer, 102 S. Ct 1388 (1982), Griswold V Connecticut, 381 US 479, 1965, Intentional Infliction of Emotional Abuse, Extrinsic Fraud, among the many.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* JayLynn Torres, is a citizen of the State of *(name)* Michigan.

b. If the plaintiff is a corporation

The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* ______.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______, is a citizen of the State of *(name)* ______. Or is a citizen of *(foreign nation)* ______.

b. If the defendant is a corporation

The defendant, *(name)* Family Court and Friend Of the, is incorporated under the laws of the State of *(name)* ______, and has its principal place of business in the State of *(name)* Michigan.

Or is incorporated under the laws of *(foreign nation)* ______, and has its principal place of business in *(name)* Kalamazoo, MI.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

250,000,000 in punitive and compensatory damages. In hopes to get them to start following the law. With such a high amount, it may terrify them that there is a chance I could walk away with that and then others who have been harmed by them will follow. Their unwillingness to uphold the constitution that they took an oath to protect, is completely disreguarded and we are left barely scraping by with the scraps of our lives we have left after they take EVERYTHING!!.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Suing for damages arising from this extremely prolonged case of over 6 years. There has been a significant amount of Felony Intimidation, Illegal use of contempt, Failure to investigate claims made by opposing party, Malicious Prosecution lasting for over 6 years, and Abuse of Process, Ethics and Canon Violations, Extrinsic Fraud, IIED--Intentional Infliction of Emotional Distress, Color of Law violations in the establishment known as family court. Also, please see attached page titled "Statement of the Case."

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

# Statement of the Case

JayLynn Torres, petitioner, has been victimized for years by a corrupt system of judicial misconduct in Kalamazoo city, in Kalamazoo County, Michigan courts. The clear conflict of interest involves the current administrative judges of the Kalamazoo, MI courts. Officers of the Kalamazoo, MI courts have perpetuated an unconscionable scheme to criminally defraud the United States Government and willfully deprive citizens of their constitutional rights for the sole intent of unlawful financial gain (18 USC ss371, 18 USC ss241 and 242). The defendants named in these cases (2021-5330 DS and 2023-1533-FY), have conspired to commit fraud by and through the establishments called Family Court and Friend of the Court and enforcement of fraudulent child custody and support orders that were created with complete disregard of evidence and fact. The awful actors within these courts have devised this scheme to inflate the incomes of obligors, which in turn would increase the revenues available to the court through Title IV-D funding. Establishment and enforcement tactics used have discriminated against Ms. Torres, petitioner. The court has systematically deprived petitioner of her civil rights during contempt and child custody proceedings. Title IV-D is a law that has given officers of the court the incentive to abuse their power under Color of Law to cause irreversible harm to countless individuals and families. Quite apart from the guarantee of Equal Protection, if a law impinges on a fundamental right explicitly or implicitly secured by the Constitution it is presumptively unconstitutional. If a law has no other purpose than to chill assertion of constitutional rights by penalizing those who choose to exercise them, it is patently unconstitutional.

The defendants in this case have engaged in a criminal conspiracy to defraud the United States Government through the fraud and abuse of Title IV-D, section 458 of the Social Security Act. This fact has been made abundantly clear in the illegal activity and fraud that had been documented in case number 2021-5330-DS (18 USC ss 371) (18 USC 241 and 242). The administration of the court has acted in violation of 18 USC ss 1961 and has used threats and coercion to obtain funds in violation of 18 USC ss 1951

The Title IV-D law has given officers of the court the incentive to abuse their power under color of law to cause irreversible harm to countless individuals and families.

Thank you

JayLynn Torres

I am requesting they return my son to me immediatley and make sure, in writing, as well as on and for the record, that all custody and rights are mine, as they were before they intentionall and unlawfully opened this case of 2021-5330-DS and kept it going for 6 years, with the intentions of getting the Title IV-D payments and removed my son from my custody and 250,000,000 to compensate for the punitive and compensatory damages over the past 6 years.Asking for all of this due to the amount of Felony Intimidation,Intentional Infliction of Emotional Distress, Color of Law Violations, Consitutional and Civil Rights Violations, among the many reasons listed on previous pages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/10/2026

Signature of Plaintiff [signature]

Printed Name of Plaintiff JayLynn Torres

### B. For Attorneys

Date of signing: Not Applicable

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

FROM:

JayLynn Torres
448 N. Burdick St
2nd Floor
Kalamazoo, MI 49007

TO:

Office
United
452 Fe
110 Mi
Grand

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 1827 9810 05

Utility Mailer
10 1/2" x 16"

Retail

UNITED STATES POSTAL SERVICE®

49503

RDC 99

0 Lb 4.20 Oz

U.S. POSTAGE PAID
FCM LG ENV
KALAMAZOO, MI 49007
NOV 10, 2026

$8.40

S2324N504141-18

of the Clerk
States District Court
deral Building
chigan, NW.
Rapids, MI 49503-2383

ReadyPost®